UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RODRIGO EDWARD BEJARANO,

Plaintiff,

v.

U.S. ATTORNEY GENERAL,

Defendant.

Case No.  25-cv-07358-PCP

**ORDER OF DISMISSAL**

Petitioner, a California prisoner proceeding pro se, filed a "motion for stay and abeyance pending exhaustion of state court remedies." Dkt. No. 1. In an effort to protect Petitioner's rights, the Clerk of the Court opened a new habeas petition in Petitioner's name. That same day, the Clerk sent Petitioner a notice that Petitioner needed to file a formal habeas petition in order to pursue this matter. Dkt. No. 2.

Petitioner did not file a petition in the instant matter. *See generally* Dkt. However, Petitioner filed a habeas petition in the United States District Court for the Eastern District of California, which subsequently was transferred to this District. *See Bejarono v. Gonzales*, Case No. 25-cv-10244-PCP (N.D. Cal.). That habeas petition remains pending.

Because Petitioner is pursuing his claims in the later-filed habeas petition, the Court concludes that the instant petition was opened in error. The instant petition is dismissed and administratively closed. No filing fee will be due for this action.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated:   June 8, 2026

P. Casey Pitts
United States District Judge

United States District Court
Northern District of California